IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

WILLIE MILLING,

        Appellant,

 v.

                                   Case No.  5D22-2635
                                   LT Case No. 2010-CF-840

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed January 31, 2023

Appeal from the Circuit Court
for St. Johns County,
R. Lee Smith, Judge.

Willie Milling, East Palatka, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and EISNAUGLE, JJ., concur.